UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| HARSH DHANDA, § § *Petitioner*, § § v. § § MIGUEL VERGARA, ICE FIELD § OFFICE DIRECTOR OF § ENFORCEMENT AND REMOVAL § OPERATIONS SAN ANTONIO FIELD § OFFICE; TODD M. LYONS, ACTING § DIRECTOR OF UNITED STATES § IMMIGRATION AND CUSTOMS § ENFORCEMENT; KRISTI NOEM, § SECRETARY OF THE UNITED § STATES DEPARTMENT OF § HOMELAND SECURITY; AND § PAMELA BONDI, ATTORNEY § GENERAL OF THE UNITED STATES, § ACTING IN THEIR OFFICIAL § CAPACITIES, § § *Respondents*. § | No. 3:26-CV-00465-LS |

## ORDER FOR SERVICE

Petitioner Harsh Dhanda challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the Court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **March 10, 2026** why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 18, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**