UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **HARSH DHANDA,** § <br> § <br> *Petitioner*, § <br> § <br> v. § <br> § <br> **MIGUEL VERGARA, ICE FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS SAN ANTONIO FIELD OFFICE; TODD M. LYONS, ACTING DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES, ACTING IN THEIR OFFICIAL CAPACITIES,** § § § § § § § § § § § § § § § § <br> § <br> *Respondents*. § | No. 3:26-CV-00465-LS |

**ORDER DENYING PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Petitioner Harsh Dhanda moves for a temporary restraining order ("TRO") ordering his release from Immigration and Customs Enforcement custody. The Court has discretion to grant or deny a TRO based on four elements[1]:

> (1) there is a substantial likelihood that the movant will prevail on the merits; (2) there is a substantial threat that irreparable harm will result if the injunction is not granted; (3) the threatened injury outweighs the threatened harm to the defendant; and (4) the granting of the preliminary injunction will not disserve the public interest.[2]

---

[1] *Apple Barrel Prods., Inc. v. Beard*, 730 F.2d 384, 386 (5th Cir. 1984).
[2] *Clark v. Prichard*, 812 F.2d 991, 993 (5th Cir. 1987).

However, "[t]he purpose of a preliminary injunction [or TRO] is not to give the plaintiff the ultimate relief it seeks."[3] Instead, it "is to preserve the *status quo* and prevent irreparable injury until the court renders a decision on the merits."[4]

Petitioner's motion seeks release from custody which cannot be the subject of a TRO because release is the ultimate relief Petitioner seeks in his petition. Therefore, the Court **DENIES** Petitioner's motion for a temporary restraining order and preliminary injunction [ECF No. 4].

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 4, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[3] *WarnerVision Ent. Inc. v. Empire of Carolina, Inc.*, 101 F.3d 259, 261 (2d Cir. 1996).
[4] *Sambrano v. United Airlines, Inc.*, No. 21-11159, 2022 WL 486610, at *4 (5th Cir. 2022).